UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-21422

ERIKA MARTINEZ,

      Plaintiff,

vs.

ALIESTETIC HEALTH, LLC
and , ALICIA LABRADOR,

      Defendant.

_____/

## **STATEMENT OF CLAIM**

Plaintiff, Erika Martinez ("Plaintiff"), by and through the undersigned counsel and pursuant to the Court's March 4, 2026 order (DE 4), hereby files her Statement of Claim and further states as follows:

1) Plaintiff alleges that she is owed at least $9,960.00 in total wages.

2) Plaintiff alleges that $2,610.00 of regular wages owed for approximately 80 hours worked that was completely unpaid for a rate of pay of $33.00 per hour. $7,350.00 for approximately 40 hours of overtime worked without appropriate pay.

3) Plaintiff alleges that the Defendants' violations of the Fair Labor Standards Act and Florida Minimum Wage Act occurred from March 2025 to October 2025.

Dated: March 23, 2026

Respectfully submitted,

 /s/ Richard Guzman /s/
Richard Guzman, Esq.
Fla. Bar No. 105196
The Guzman Firm PLLC
804 NW 21 Terrace, Suite 201
Miami, FL 33127
T: 305 395 5688
Richardguzman@richardguzmanlaw.com

## Certificate of Service

I HEREBY CERTIFY that on this 23rd day of March 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/Richard Guzman /s/

**Richard Guzman, Esq.**